# In the United States Court of Federal Claims

No. 13-282 T

(Filed May 22, 2013)

```
* * * * * * * * * * * * * * * * * * * *
IAT REINSURANCE COMPANY,    *
LTD.,                       *
                            *
          Plaintiff,        *
                            *
     v.                     *
                            *
THE UNITED STATES,          *
                            *
          Defendant.        *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

    Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, the necessary agreement by both judges being present, it is hereby **ORDERED** that this case be **TRANSFERRED** to Judge Susan G. Braden to promote docket efficiency and the efficient administration of justice.

                                              /s/Lynn J. Bush
                                              LYNN J. BUSH
                                              Judge